IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

vs.

TERRY WU,

Case No: 20-0056--RSB-CLR

[PROPOSED] ORDER MODIFYING TRAVEL CONDITIONS OF DEFENDANT TERRY WU

### ORDER

The Court having considered Defendant Terry Wu's Motion To Modify Conditions of Release, hereby GRANTS the unopposed motion and ORDERS that the Conditions of Release be modified to include travel to Arizona, Arkansas, New Mexico and Texas.

The defendant shall provide his trip itinerary to the Office of Pretrial Services 48 hours prior to his travel.

All other conditions of bond previously set shall remain the same.

This 11th Day of May, 2022.

*Christopher L. Ray*

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA